

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause number:      01-12-01100-CV

Style:      Xiang Jiang Gao and Landmart Trading, Inc.

**v** Jhy Shi Wang, Zhi Chun Liu, Tao Zhang, Wenling Lee, Best Fresh,Inc., Best Fresh International, LLC, Xiang yong Gao, Ky Fu, Qi Meng, Augusto Ham, Henry He

Date motion filed[*]:      February 22, 2013

Type of motion:      Motion to Substitute Attorney

Party filing motion:      Appellants

Document to be filed:

If motion to extend time:

      Deadline to file document:

      Number of previous extensions granted:

      Length of extension sought:

Ordered that motion is:

    ☑    Granted
        If document is to be filed, document due:

        ☐  The Clerk is instructed to file the document as of the date of this order
        ☐  Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Sherry Radack
        ☑ Acting individually    ☐ Acting for the Court

Panel consists of Chief Justice Radack and Justices Higley and Brown

Date: February 28, 2013

November 7, 2008 Revision